PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jamila Davis                     Cr.: 06-CR-00417-001
                                                   PACTS Number: 29067

Name of Sentencing Judicial Officer: Honorable David Trager

Name of New Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 12/21/01

Original Offense: Conspiracy to Commit Bank Fraud and Wire Fraud, 18 USC 371

Original Sentence: Five years probation, $349,159.06 restitution, 600 hours of community service

Type of Supervision: Probation                     Date Supervision Commenced: 12/21/01

## PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To withdraw the petition submitted October 11, 2006 and vacate the warrant.

## CAUSE

On July 16, 2008, Davis received a custodial term of 151 months before the Honorable Jose Linares.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 07/17/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

8-17-09
Date